UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
 Plaintiff,

vs.

3G INVESTMENT GROUP, INC. and
BOUGAINVILLEA GARDENS CAFE
LLC d/b/a JASS KITCHEN,
 Defendant(s).

Case No: 24-cv-22501-DPG

## <u>JOINT NOTICE OF SETTLEMENT</u>

Plaintiff, AMIN LAKHANI, and Defendants, 3G INVESTMENT GROUP, INC.

and BOUGAINVILLEA GARDENS CAFE LLC, by and through their respective

undersigned counsel, hereby notify the Court that the Parties have reached a settlement.

The Parties have memorialized their agreement and finalized their settlement documents.

Parties expect to submit appropriate dismissal papers by December 18, 2024, after all

terms of the settlement are complete.

Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ James Jean-Francois, Esq. |
| Glenn R. Goldstein (FBN: 55873) | James Jean-Francois, Esq (FBN: 0495115) |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| Glenn R. Goldstein & Assoc., PLLC | Law Offices of James Jean-Francois, P.A. |
| 8101 Biscayne Blvd., Ste. 504 | Duty Free Americas, Suite 211 |
| Miami, Florida 33138 | 6100 Hollywood Boulevard |
| 561.573.2106 | Hollywood FL 33024 |
| GGoldstein@G2Legal.net | (954) 987-8832 |